# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NORTHERN CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NASSER HAMEDANI, an individual doing business as GLOBAL VISION UNLIMITED,<br><br>                Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION, an Indiana corporation, BAYER HEALTHCARE LLC, a Delaware Limited Liability Company,<br><br>                Defendants. | Case No.: C05-02781 MJJ<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

      The parties agree to participate in Court-sponsored Mediation pursuant to ADR L.R. 6.

      In the Amended Joint Case Management Statement filed on February 16, 2006, the parties requested that the Court continue the deadline for Court-sponsored Mediation from May 31, 2006 to August 31, 2006 to allow the parties limited discovery to prepare for a meaningful ADR session. It was the parties understanding that the Court granted this request during the Initial Case Management Conference held on February 28, 2006. The continuance, however, was not reflected in the Pretrial Order issued by the Court on March 7, 2006.

Accordingly, the parties request that the Court issue an Amended Order setting the deadline for Court-sponsored Mediation for August 31, 2006.

Respectfully submitted,

Dated: April 10, 2006    \_\_\_/s/ Patrick E. Guevara_____

Attorneys for Plaintiff

MCNICHOLS RANDICK O'DEA & TOOLIATOS LLP

Everitt G. Beers
Kevin R. Martin
Patrick E. Guevara

Dated: April 10, 2006    \_\_\_/s/ Angela K. Steele_____

Attorneys for Defendants

PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP

Raymond I. Geraldson, Jr.
Thad Chaloemtiarana
Danielle B. Lemack
Angela K. Steele

GLYNN & FINLEY

Clement L. Glynn

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation. The deadline for the Mediation will be August 31, 2006.

IT IS SO ORDERED

Dated: 4/11/2006

_____
UNITED STATES DISTRICT JUDGE