# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NASSER HAMEDANI, an individual doing business as GLOBAL VISION UNLIMITED,<br><br>            Plaintiff,<br><br>   vs.<br><br>BAYER CORPORATION, an Indiana corporation, BAYER HEALTHCARE LLC, a Delaware Limited Liability Company,<br><br>            Defendants. | Case No.: C05-02781 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME OF ADR AND DISCOVERY DEADLINES**<br><br>Courtroom:  11<br>Judge:      Honorable Martin J. Jenkins |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff Nasser Hamedani ("Hamedani") and Defendants Bayer Corporation and Bayer Healthcare LLC (collectively, "Bayer"), that the there is good cause to continue the ADR and discovery deadlines as set forth herein.

Pursuant to Civil L.R. 6-2(a), the undersigned counsel of record declare that:

(1)     On March 1, 2006, Defendants served their first set of written discovery requests to Plaintiff. Plaintiff responded to Defendants' written discovery requests on May 1, 2006. On March 7, 2006, Plaintiff served his first set of written discovery requests to Defendants. Defendants responded to Plaintiff's written discovery requests on June 8, 2006. Counsel for the parties have had several discussions about deposition dates. Currently, Plaintiff and Defendants plan to depose three witnesses each prior to engaging in mediation. All six depositions are tentatively planned to take place in August, 2006. Due to scheduling conflicts that caused minor delays in the depositions and discovery, the parties request some additional time to complete discovery and an additional 20 days to prepare for the Court-sponsored Mediation.

STIPULATION AND [PROPOSED] ORDER CHANGING TIME OF ADR AND DISCOVERY DEADLINES
C05-02781 MJJ

123246

(2)    On November 10, 2005, the Court initially set the deadline for Mediation on May 31, 2006.  Pursuant to a stipulation by the parties on April 11, 2006, the Court continued the Mediation deadline to August 31, 2006.  The parties request an additional 20 days to conclude the Mediation.  The discovery schedule was first set by the Court's Pretrial Order of March 7, 2006.

(3)    This is the parties' <u>first request</u> to modify the discovery schedule. The requested changes <u>will not</u> impact the trial date, the settlement conference date, or the date by which dispositive motions must be heard.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2

STIPULATION AND [PROPOSED] ORDER CHANGING TIME OF ADR AND DISCOVERY DEADLINES
C05-02781 MJJ

123246

1    Pursuant to Civil L.R. 6-2, the parties stipulate to and request an order changing the

2  following deadlines:

3    (a)    The deadline for the Mediation will be **September 20, 2006**.

4    (b)    Non-expert Discovery cutoff will be **November 17, 2006**.

5    (c)    Designation of Experts will be due by **October 30, 2006**.

6    (d)    Expert Reports will be due by **November 6, 2006**.

7    (e)    Designation of Supplemental/Rebuttal Experts will be due by **December 4, 2006**.

8    (f)    Supplemental/Rebuttal Reports will be due by **December 4, 2006**.

9    (g)    Expert discovery cutoff will be **December 22, 2006**.

10

                                   Respectfully submitted,

11

12   Dated: July 13, 2006              /s/ Patrick E Guevara_____
                                       Attorneys for Plaintiff
13
                                       MCNICHOLS RANDICK O'DEA & TOOLIATOS LLP
14                                     Everitt G. Beers
                                       Kevin R. Martin
15                                     Patrick E. Guevara

16
     Dated: July 13, 2006              /s/ Danielle B. Lemack_____
17                                     Attorneys for Defendants

18                                     GLYNN & FINLEY, LLP
                                       Clement L. Glynn
19
                                       PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD
20                                     & GERALDSON LLP
                                       Raymond I. Geraldson, Jr.
21                                     Thad Chaloemtiarana
                                       Danielle B. Lemack
22                                     Angela K. Steele

23   **THE FOREGOING STIPULATION IS
     APPROVED AND IS SO ORDERED.**
24

25   Dated: ___July 18, 2006_____    _____
                                          UNITED STATES DISTRICT JUDGE
26

27

28
                                                                                    3

STIPULATION AND [PROPOSED] ORDER CHANGING TIME OF ADR AND DISCOVERY DEADLINES
C05-02781 MJJ

123246