| | |
|---|---|
| 1 | PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP |
| | RAYMOND I. GERALDSON, JR. (Admitted *Pro Hac Vice*) |
| 2 | THAD CHALOEMTIARANA (Admitted *Pro Hac Vice*) |
| | DANIELLE B. LEMACK (Admitted *Pro Hac Vice*) |
| 3 | ANGELA K. STEELE (Admitted *Pro Hac Vice*) |
| | 311 South Wacker Drive, Suite 5000 |
| 4 | Chicago, IL 60606 |
| | Telephone (312) 554-8000 |
| 5 | Facsimile (312) 554-8015 |

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendants
Bayer Corporation and Bayer HealthCare LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NORTHERN CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NASSER HAMEDANI, an individual doing business as GLOBAL VISION UNLIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION, an Indiana corporation, BAYER HEALTHCARE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: C05-02781 MJJ<br><br>**STIPULATION AND ▇▇▇▇▇▇▇ ORDER TO WITHDRAW ANGELA K. STEELE AS COUNSEL FOR DEFENDANTS**<br><br>Courtroom: 11<br><br>Judge: Honorable Martin J. Jenkins |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff Nasser Hamedani ("Hamedani") and Defendants Bayer Corporation and

247122v1

Bayer Healthcare LLC (collectively, "Bayer"), that the there is good cause to withdraw Angela K. Steele as an attorney of record for this case.

Pursuant to Civil L.R. 11-5, the undersigned counsel of record for Bayer declares that:

1. Angela K. Steele is leaving Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP ("PMNHG"), to accept a position at another firm in a different city.

2. Angela K. Steele provided Bayer with written notice of her departure.

3. Angela K. Steele provided Hamedani's counsel with written notice of her departure.

4. Bayer will not be prejudiced by this withdrawal because it will continue to be represented by the firm of PMNHG.

5. For the foregoing reasons, withdrawal is appropriate.

On September 19, 2006, counsel for Hamedani agreed to stipulate to this request.

Respectfully submitted,

Dated: September 20, 2006

/s/ Patrick E. Guevara
Attorneys for Plaintiff

MCNICHOLS RANDICK O'DEA & TOOLIATOS LLP
Everitt G. Beers
Kevin R. Martin
Patrick E. Guevara

Dated: September 20, 2006

/s/ Angela K. Steele
Attorneys for Defendants

PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
Raymond I. Geraldson, Jr.
Thad Chaloemtiarana
Danielle B. Lemack
Angela K. Steele

GLYNN & FINLEY LLP
Clement L. Glynn

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

Dated: 9/25/2006

_____
UNITED STATES DISTRICT JUDGE