# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NORTHERN CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NASSER HAMEDANI, an individual doing business as GLOBAL VISION UNLIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION, an Indiana corporation, BAYER HEALTHCARE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: C05-02781 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES**<br><br>Courtroom: 11<br>Judge: Honorable Martin J. Jenkins |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff Nasser Hamedani ("Hamedani") and Defendants Bayer Corporation and Bayer Healthcare LLC (collectively, "Bayer"), that there is good cause to extend the expert deadlines as set forth herein.

Pursuant to Civil L.R. 6-2(a), the undersigned counsel of record declare that:

(1) The parties will partake in mediation on November 2, 2006.

(2) Certain expert deadlines are before and immediately following the scheduled mediation. In order to avoid incurring additional costs and expending time on expert discovery prior to the mediation, the parties wish to extend expert designation and report deadlines by sixty (60) days.

(3) On October 11, 2006, the Court extended certain deadlines in this case, including the close of expert discovery. The current close of expert discovery is February 20, 2007. The parties do not request an extension of this deadline.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES**
**C05-02781 MJJ**

249247v1

Pursuant to Civil L.R. 6-2, the parties stipulate to and request an order changing the following deadlines:

    (a)    Designation of Experts will be due by **December 29, 2006**.

    (b)    Expert Reports will be due by **January 5, 2007**

    (c)    Designation of Supplemental/Rebuttal Experts will be due by **February 2, 2007**.

    (d)    Supplemental/Rebuttal Expert Reports will be due by **February 2, 2007**.

Respectfully submitted,

Dated: October 19, 2006

/s/ Patrick E. Guevara
Attorneys for Plaintiff

MCNICHOLS RANDICK O'DEA & TOOLIATOS LLP
Everitt G. Beers
Kevin R. Martin
Patrick E. Guevara

Dated: October 19, 2006

/s/ Sharon A. Ceresnie
Attorneys for Defendants

PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
Raymond I. Geraldson, Jr.
Thad Chaloemtiarana
Danielle B. Lemack
Sharon A. Ceresnie

GLYNN & FINLEY LLP
Clement L. Glynn

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

Dated: 11/1/2006

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES**

**C05-02781 MJJ**