


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER HAMEDANI, an individual doing business as GLOBAL VISION UNLIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, and Indiana corporation, BAYER HEALTHCARE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. C-05-02781 MJJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR SUBSTITUTION OF MEDIATOR |

WHEREAS, the parties agreed to participate in Court-sponsored Mediation pursuant to Northern District of California ADR Local Rule 6 and stipulated thereto;

WHEREAS the Court ordered the parties to Mediation pursuant to the stipulation;

WHEREAS the Court assigned Daniel J. Bergeson, Esq. of Bergeson, LLP to serve as Mediator in this case;

WHEREAS due to unexpected illness Mr. Bergeson is unavailable to serve as Mediator on the day appointed for mediation, November 2, 2006; and

WHEREAS Donald P. Gagliardi, Esq. of Bergeson, LLP is available and has agreed to act as Mediator but is not a member of this Court's panel of approved Mediators;

The parties hereby STIPULATE, and request an order from the Court, as follows:

---

CASE NO. C-05-02781 MJJ

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF MEDIATOR

1.     This action is removed from the Court-sponsored mediation program;

2.     Donald P. Gagliardi, Esq. is substituted for Daniel J. Bergeson, Esq., to act as the privately selected Mediator herein on November 2, 2006 and to be compensated in accordance with Northern District of California ADR Local Rule 6-3(b).

SO STIPULATED.

Dated: November 2, 2006

MCNICHOLS RANDICK O'DEA & TOOLIATOS LLP

By: _____
Patrick Guevara

Attorneys for Plaintiff

Dated: November 2, 2006

PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP

By: _____
Danielle B. Lemack

Attorneys for Defendants

SO ORDERED.

Dated: November 6, 2006

_____
Hon. Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

CASE NO. C-05-02781 MJJ

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF MEDIATOR

2