# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER HAMEDANI, an individual doing business as GLOBAL VISION UNLIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION, an Indiana corporation, BAYER HEALTHCARE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: C05-02781 MJJ<br><br>**ORDER REGARDING DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 11<br>Judge: Honorable Martin J. Jenkins |

IT IS HEREBY ORDERED that this case be dismissed with prejudice, subject to the provisions of the Parties' Settlement Agreement. Each party is to bear its own costs and attorneys' fees.

Date: April 24, 2007

_____
Martin J. Jenkins
United States District Judge